IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SIMONA OANA OLSON )
) No. 3-13-0138
v. )
)
OLIVER WILLIAM OLSON )

O R D E R

Pursuant to the order entered April 8, 2013 (Docket Entry No. 10), counsel for the parties called the Court on April 22, 2013, at which time they advised that no issues have developed except that they encountered a delay in obtaining mental health records, but they believed that they had resolved the matter. In addition, counsel for respondent queried whether Judge Sharp would be amenable to hearing telephonic testimony from witnesses in other countries. There was a difference of opinion between the parties about whether both the petitioner and the respondent are entitled to present telephonic testimony of witnesses in other countries.

Although counsel may address this issue at the pretrial conference, the respondent is encouraged to file a motion by the April 29, 2013, deadline for filing motions in limine, as provided in the order entered April 8, 2013 (Docket Entry No. 11).

The Clerk is directed to forward the file in this case to Judge Sharp prefatory to the May 13, 2013, pretrial conference and May 21, 2013, bench trial.

Counsel agreed that there are no further matters to be addressed by the Magistrate Judge.

Therefore, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge