UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SIMONA OANA OLSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 3:13-cv-0138 |
| v. | ) | Judge Sharp |
| | ) | |
| OLIVER WILLIAM OLSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

A final pretrial conference was held in this matter on May 13, 2013. For the reasons stated in open Court, it is hereby ORDERED that:

1. Respondent's Motion *in Limine* for Children to Testify in Chambers (Docket Entry No. 18) is hereby RESERVED for ruling at trial;

2. Respondent's Motion *in Limine* to Exclude Expert Testimony on Hungarian Law (Docket Entry No. 19) is hereby DENIED;

3. Respondent's Motion *in Limine* to Permit Witness Testimony by Telephone [or Skype] (Docket Entry No. 20) is hereby GRANTED;

4. Respondent's Motion *in Limine* Objecting to and to Strike Proposed Expert Witness Dr. John Ciocca (Docket Entry No. 22) is hereby DENIED AS MOOT; and

5. Respondent's Motion *in Limine* to Exclude Hungarian School Enrollment Records without Testimony of Custodian of Records (Docket Entry No. 23) is hereby DENIED AS MOOT.

It is so **ORDERED**.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE