**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SIMONA OANA OLSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | **No. 3:13-cv-00138** |
| | ) | |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **OLIVER WILLIAM OLSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

A final pretrial conference was held in this matter on May 13, 2013, wherein the Court reserved ruling on Respondent's Motion *in Limine* for Children to Testify in Chambers (Docket Entry No. 18). For the reasons stated in open Court during the bench trial, the motion is hereby GRANTED in part and DENIED in part. The motion is granted to the extent that the children are permitted to testify in chambers but denied with respect to one lawyer for each party being present during the testimony.

It is so **ORDERED**.

_____

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE