# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SIMONA OANA OLSON, | ) | |
| | ) | |
| Petitioner, | ) | No. 3:13-cv-00138 |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | |
| OLIVER WILLIAM OLSON, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Pending before the Court is *Petitioner's Motion for Attorneys Fees, Suit Expenses, and Costs* (Docket Entry No. 57). It is hereby ORDERED that within fourteen (14) days from the date of this Order, Respondent, Oliver William Olson, shall provide the Court with sufficient, sworn documentation regarding his current financial situation, particularly his unemployment.

It is so **ORDERED**.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE